UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-60596-AHS

GARFIELD SPENCE,

        Plaintiff,

v.

JOSEPH ABISDID,

        Defendant.

_____/

**UNOPPOSED MOTION TO EXTEND TIME TO FILE
AN ANSWER TO THE COMPLAINT**

The Defendant, JOSEPH ABISDID, by and through his undersigned attorney, and

pursuant to the Federal Rule of Criminal Procedure 47 and 18 USC section 3161, hereby requests

that this Honorable Court continue the time to file an answer or responsive pleading in this cause.

In support thereof, we aver the following:

1.  This action was filed on April 15, 2024.

2., The Defendant was served on April 17, 2024.

3.  The undersigned affirmatively represents having contacted Plaintiff's counsel and

having commenced discussions regarding the litigation.

4.  Undersigned counsel is authorized to represent that the Plaintiff's counsel does not

oppose an extension of 20 days from May 10, 2024 for Defendant to respond to the Complaint

and to enable the Parties discuss their efforts to amicably resolve this claim.

Wherefore, Joseph Abisdid moves this Honorable Court for an Order granting the relief

sought herein and such other relief as the Court deems appropriate.

Filed this 10th day of May 2024.

LAW OFFICES OF SHELDON ZIPKIN, P.A.
865 NE 174 Street
North Miami Beach, FL 33162
305-944-9100
305-490-3187 Fax
sheldonzipkin@gmail.com

By: ____/SZ/_____
        SHELDON ZIPKIN, ESQ.
        Florida Bar No.: 313300

File No.: 024-025